

**MarshMcLennan**
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

June 30, 2021

G5627-L01-0043486 T00124 P003 ***AUTO**ALL FOR AADC 328
JANET LEA SMITH

### Notice of Data Breach

Janet Lea Smith,

On behalf of Marsh McLennan, we are writing to inform you about a recent incident that involved your personal information. While we regret that this incident occurred, we have no evidence to suggest that any of your personal information has been misused. However, we are notifying impacted individuals and providing them with an opportunity to enroll in free credit monitoring.

**WHAT HAPPENED.** On April 26, 2021, we discovered that an unauthorized actor had leveraged a vulnerability in a third party's software since at least April 22, to gain access to a limited set of data in our environment. As soon as we became aware of the issue, we launched an investigation and took measures to restrict any further unauthorized activity or access to data; that access ended on April 30.

**WHAT INFORMATION WAS INVOLVED.** We have determined that the personal information involved in this incident included your name and the following: Social Security or other federal tax identification number.

**WHY DO WE HAVE YOUR DATA.** We held this information because you are a current or former colleague, spouse or dependent of a colleague, employee or former employee of a client, contractor, applicant, investor, or because we or one of our businesses purchased or merged with a business with whom you had such a relationship.

**WHAT WE ARE DOING.** We notified law enforcement and took immediate actions to terminate the unauthorized actor's access and prevent future access. These measures included resetting IT administrator access rights, and imposing additional restrictions on access to various systems on our network.

**WHAT YOU CAN DO.** We have arranged for you, at your option, to enroll in a complimentary two-year credit monitoring service. We have engaged Experian to provide you with its IdentityWorks service, which includes credit monitoring, identity theft detection and resolution services and up to $1 million of identity theft insurance. You have 90 days from the date of this letter to activate the complimentary credit monitoring service by using the following activation code: ▮▮▮▮▮▮▮▮. This code is unique for your use and should not be shared. To enroll, visit www.experianidworks.com/plus or call toll-free to 855-414-6046 (or toll call to 512-505-2571 if you happen to be outside of the United States). Please reference the following engagement number: B015158.