

Tiana Demas
T: +1 212 479 6560
tdemas@cooley.com

The conference is adjourned pending the motion to dismiss that Defendant shall file on or before October 12, 2021.

So ordered.

/s/ Alvin K. Hellerstein
October 6, 2021

<u>Via ECF</u>

October 6, 2021

Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re:   *Bohnak et al. v. Marsh & McLennan Companies, Inc. et al.*, **No. 21-CV-6096 (AKH)**

Dear Judge Hellerstein:

    We represent Defendants Marsh & McLennan Companies, Inc. and Marsh & McLennan Agency LLC (together, "Marsh McLennan") in the above-referenced action. On or before October 12, 2021, Marsh McLennan will file a motion to dismiss Plaintiffs' putative class action complaint. On September 30, the Court entered a scheduling order for an initial conference to be held on October 15. We understand that the Court normally defers initial conferences until all dispositive motions have been resolved. In the interest of preserving judicial resources, we respectfully draw the Court's attention to the scheduling order, in the event it was entered in error. We have conferred with Plaintiffs' counsel, and they concur in this request to postpone the initial conference if it was scheduled in error.

Respectfully submitted,

Tiana Demas

cc:   All counsel of record (via ECF)