UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NANCY BOHNAK and JANET LEA SMITH,
on behalf of themselves and all others similarly
situated,

                        Plaintiffs,

      -against-

MARSH & MCLENNAN COS., INC and MARSH
& MCLENNAN AGENCY LLC

                        Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2022

21 **CIVIL** 6096 (AKH)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2022, the motion to dismiss for lack of subject matter jurisdiction is denied, and the motion to dismiss for failure to state a claim is granted. Judgment is entered for Defendants.

**Dated:** New York, New York

       January 28, 2022

                                                        **RUBY J. KRAJICK**

                                                        Clerk of Court

                         **BY:**

                                                       **Deputy Clerk**