UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
                                                        :
NANCY BOHNAK and JANET LEA SMITH,                       :
                                                        :    ORDER
on behalf of themselves and all others similarly        :
situated,                                               :    21 Civ. 6096 (AKH)
                                                        :
                                       Plaintiffs,      :
                 -against-                              :
                                                        :
MARSH & MCLENNAN COS., INC and                          :
MARSH & MCLENNAN AGENCY LLC,                            :
                                                        :
                                       Defendants.      :
------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court will consider signing the proposed protective order submitted by the parties, ECF No. 48, after it is signed by the parties. The Court declines to sign the non-disclosure agreement.

SO ORDERED.

Dated:   December 20, 2023                _/s/ Alvin K. Hellerstein_
         New York, New York               ALVIN K. HELLERSTEIN
                                          United States District Judge

1