UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------  X
                                                               :
NANCY BOHNAK and JANET LEA SMITH,                              :
                                                               :     **ORDER**
on behalf of themselves and all others similarly              :
situated,                                                      :     21 Civ. 6096 (AKH)
                                                               :
                                              Plaintiffs,  :
              -against-                                         :
                                                               :
MARSH & MCLENNAN COS., INC and                                :
MARSH & MCLENNAN AGENCY LLC,                                  :
                                                               :
                                              Defendants.  :
-------------------------------------------------------------  X

        ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference set for July 26, 2024, is adjourned to September 6, 2024, at 10:00

a.m. pending resolution of the defendants' motion to strike class allegations.

        SO ORDERED.

Dated:        July 18, 2024                      ___ _/s/ Alvin K. Hellerstein_____
              New York, New York                     ALVIN K. HELLERSTEIN
                                                     United States District Judge

1