UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
NANCY BOHNAK,
on behalf of herself and all others similarly
situated,

                                           Plaintiff,

-against-

MARSH & MCLENNAN COS., INC and
MARSH & MCLENNAN AGENCY LLC,

                                           Defendants.
------------------------------------------------------------ X

**ORDER GRANTING STAY**

21 Civ. 6096 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I grant Plaintiff's motion to stay this action pending the outcome of her Fed. R. Civ. P. 23(f) appeal. *See S.E.C. v. Citigroup Glob. Mkts., Inc.*, 673 F.3d 158, 162 (2d Cir. 2012). Here, a stay will avoid wasting the resources of the parties and this Court pending the Second Circuit's review of my decision striking Plaintiff's class action allegations. *In re Lorazepam & Clorazepate Antitrust Litigation*, 208 F.R.D. 1, 6 (D.D.C. 2002). Indeed, should this case proceed as an individual action, Defendants have indicated their intent to bring a motion to dismiss based on a lack of subject matter jurisdiction, which I ruled that Defendants must wait for the decision on appeal before filing. See ECF Nos. 73-74. Additionally, Defendants will not be prejudiced by a stay, which will also further the public's interest as "considerations of judicial economy counsel, as a general matter, against investment of court resources in proceedings that may prove to have been unnecessary." *Sutherland v. Ernst & Young LLP*, 856 F. Supp. 2d 638, 644 (S.D.N.Y. 2012).

      The Clerk shall terminate ECF No. 72.

The status conference scheduled for November 15, 2024 is adjourned to March 7, 2025 at 10 a.m.

SO ORDERED.

Dated: November 12, 2024
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge