UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- X
                                                         :
NANCY BOHNAK,                                            :
on behalf of herself and all others similarly            :     ORDER
situated,                                                :
                                                         :     21 Civ. 6096 (AKH)
                                            Plaintiff,   :
          -against-                                      :
                                                         :
MARSH & MCLENNAN COS., INC and                           :
MARSH & MCLENNAN AGENCY LLC,                             :
                                                         :
                                          Defendants.    :
                                                         :
-------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Mandate of the Second Circuit, having issued, *see* ECF No. 77, denying leave to appeal the denial of class certification, and Defendants having indicated an intention to move to dismiss the complaint for failure to satisfy jurisdictional requirements as to amount in suit, ECF Nos. 73-74, Defendants shall now file such a motion by January 16, 2025. Plaintiff shall file her opposition brief by February 6, 2025. Defendants shall file a reply brief by February 13, 2025.

        The status conference scheduled for March 7, 2025 is cancelled.

        SO ORDERED.

Dated:    December __11__, 2024
               New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge