UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SHANTEL JONES, et al.,                          :
                Plaintiffs,           :
                                            :   **SCHEDULING ORDER**
   -against-                                   :
                                            :   21 Civ. 6096 (AKH)
MARSH & MCLENNAN COS., INC., et al.,       :
                      Defendants.          :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a status conference on Friday, July 11, 2025 at 10:00 a.m., which will be held via the following call-in number:

       **Call-in number: 646-453-4442**

       **Access code: 590 968 644#**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

       Finally, by July 8, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

       SO ORDERED.

Dated:    May 28, 2025                          _____/s/ Alvin K. Hellerstein_____
           New York, New York                 ALVIN K. HELLERSTEIN
                                                             United States District Judge